K. & J. MARKETS, Inc., Appellant, v. Chester C. BOWLES, Administrator, Office of Price Administration; Talbot Smith, Hearing Administrator, Office of Price Administration; Alien Carruthers, Jr., Hearing Commissioner, Office of Price Administration, and William Sherman Greene, Chief Enforcement Attorney, Office of Price Administration.

No. 8807.

Circuit Court of Appeals, Third Circuit.

Argued April 5, 1945.

Decided April 10, 1945.

Charles S. Gaines, of Newark, N. J. (Morris H. Cohn, of Newark, N. J., on the brief), for plaintiff-appellant.

Samuel Mermin, of Washington, D. C. (Thomas I. Emerson, Deputy Administration for Enforcement, Fleming James, Jr., Director, Litigation Division, and Edward H. Hatton, Atty., Office of Price Administration, all of Washington, D. C., John Masterton, Regional Litigation Atty., Office of Price Administration of New York City, and William Sherman Greene, Jr., Enforcement Attorney, Office of Price Administration, of Newark, N. J., on the brief), for appellees.

Before ALBERT LEE STEPHENS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of the District Court, 57 F.Supp. 294.

UNITED STATES of America v. James Bernard CONNOLLY, Appellant.

No. 8779.

Circuit Court of Appeals, Third Circuit.

Submitted on briefs April 19, 1945.

Decided May 1, 1945.

James Bernard Connolly on the brief, for appellant.

Thorn Lord, U. S. Atty., of Newark, N. J., and Charles A. Stanziale, Asst. U. S. Atty., of Newark, N. J., on brief for appellee.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The order of the District Court entered on October 13, 1944 is affirmed.